UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KOICHI SAITO and LYNNE'A SAITO,

    Plaintiffs,

v.                         Case No.: 2:24-cv-65-SPC-KCD

PRATIK PATEL, DECUBAS & LEWIS, PETER LANNING, EX LEGAL PLLC, COLLIER COUNTY ET AL and STATE OF FLORIDA,

    Defendants.
_____/

## OPINION AND ORDER

    Before the Court is a review of the docket. A judge must disqualify if her "impartiality might reasonably be questioned." 28 U.S.C. § 455(a). She must also disqualify in certain situations listed in § 455(b). And all doubts are "resolved in favor of recusal." *Murray v. Scott*, 253 F.3d 1308, 1310 (11th Cir. 2001). Because Plaintiffs are suing the undersigned in another action, disqualification may be required. So, to avoid even the appearance of partiality or impropriety, the undersigned recuses. *See Liljeberg v. Health Servs. Acquisition Corp.*, 486 U.S. 847, 865 (1988).

    Accordingly, it is now

    **ORDERED:**

1. The Honorable Sheri Polster Chappell is **RECUSED** from this action.

2. The Clerk is **DIRECTED** to reassign this case to another United States District Judge in the Fort Myers Division.

**DONE** and **ORDERED** in Fort Myers, Florida on January 22, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record